## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | | |
|---|---|---|---|
| IN RE: | Thomas J Prince, Jr. | ) | Chapter 13 |
| | | ) | Case No. 19 B 02875 |
| | Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Thomas J Prince, Jr.  
2063 Norwich Drive  
Bartlett, IL 60103  

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On November 07, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 744  
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, October 29, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On February 04, 2019, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on April 11, 2019, for a term of 60 months with payments of $300.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 8 | $2,400.00 | $1,800.00 | $600.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 10/29/2019  
Due Each Month: $300.00  
Next Pymt Due: 11/06/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 02/12/2019 | 208444850746 | $300.00 | 04/09/2019 | 5771015000 | $300.00 |
| 05/14/2019 | 5859215000 | $300.00 | 06/21/2019 | 5954461000 | $300.00 |
| 08/19/2019 | 6102477000 | $300.00 | 09/24/2019 | 6197235000 | $300.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE